## CERTIFICATION IN SUPPORT OF APPLICATION FOR NAMED PLAINTIFF

_Blaze B. Huston_ (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of Almost Family, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of Almost Family, Inc. as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its _pro rata_ share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _8/5_, 2010

_____
Plaintiff Signature

**BLAZE HUSTON'S TRANSACTIONS IN ALMOST FAMILY, INC.**

**TAXABLE TRADE ACCOUNT**

| Transaction Date | Transaction Type | Number of shares | Share Price |
|---|---|---|---|
| 1/8/2010 | Purchase | 100 | $39.52 |
| 1/8/2010 | Purchase | 625 | 39.53 |
| 1/11/2010 | Purchase | 100 | 39.885 |
| 1/11/2010 | Purchase | 100 | 39.9 |
| 1/11/2010 | Purchase | 125 | 39.9296 |
| 1/11/2010 | Purchase | 200 | 39.89 |
| 1/11/2010 | Purchase | 200 | 39.92 |
| 1/11/2010 | Sale | 725 | 40 |
| 1/14/2010 | Sale | 42 | 40.43 |
| 1/14/2010 | Sale | 683 | 40.4 |
| 1/19/2010 | Purchase | 670 | 39.8299 |
| 1/19/2010 | Sale | 670 | 39.95 |
| 1/21/2010 | Purchase | 300 | 41.6667 |
| 1/21/2010 | Purchase | 340 | 41.7 |
| 2/18/2010 | Purchase | 740 | 37.4284 |
| 2/22/2010 | Sale | 740 | 37.63 |
| 2/23/2010 | Purchase | 200 | 36.92 |
| 2/23/2010 | Purchase | 590 | 36.97 |
| 2/24/2010 | Purchase | 100 | 36.2199 |
| 2/24/2010 | Purchase | 713 | 36.26 |
| 2/24/2010 | Sale | 790 | 37.23 |
| 2/24/2010 | Sale | 813 | 36.53 |
| 2/25/2010 | Purchase | 122 | 36.2 |
| 2/25/2010 | Purchase | 700 | 36.1186 |
| 2/25/2010 | Purchase | 300 | 36.1399 |
| 2/25/2010 | Purchase | 527 | 36.29 |
| 2/25/2010 | Sale | 100 | 36.47 |
| 2/25/2010 | Sale | 722 | 36.44 |
| 3/5/2010 | Purchase | 100 | 35.72 |
| 3/5/2010 | Purchase | 826 | 35.85 |
| 3/5/2010 | Sale | 100 | 35.77 |
| 3/10/2010 | Sale | 826 | 36.35 |
| 3/12/2010 | Purchase | 875 | 36.18 |
| 3/12/2010 | Sale | 865 | 36.38 |
| 3/15/2010 | Purchase | 300 | 35.5 |
| 3/15/2010 | Purchase | 100 | 35.51 |
| 3/15/2010 | Purchase | 485 | 35.5159 |
| 3/16/2010 | Sale | 885 | 35.72 |
| 3/17/2010 | Purchase | 39 | 35.76 |
| 3/17/2010 | Purchase | 836 | 35.77 |
| 3/18/2010 | Sale | 100 | 36.22 |
| 3/18/2010 | Sale | 205 | 36.2 |
| 3/18/2010 | Sale | 270 | 36.01 |
| 3/18/2010 | Sale | 300 | 36.09 |
| 3/23/2010 | Sale | 786 | 39.13 |

| Transaction Date | Transaction Type | Number of shares | Share Price |
|---|---|---|---|
| 3/24/2010 | Purchase | 514 | 39.3 |
| 3/24/2010 | Purchase | 100 | 39.5499 |
| 3/24/2010 | Purchase | 500 | 39.56 |
| 3/24/2010 | Purchase | 45 | 39.5685 |
| 3/24/2010 | Sale | 681 | 39.59 |
| 3/24/2010 | Sale | 155 | 39.5901 |
| 3/24/2010 | Sale | 45 | 39.6101 |
| 3/24/2010 | Sale | 959 | 39.5315 |
| 3/26/2010 | Purchase | 1,000 | 38.4 |
| 3/29/2010 | Purchase | 100 | 37.945 |
| 3/29/2010 | Purchase | 100 | 37.95 |
| 3/29/2010 | Purchase | 650 | 37.9899 |
| 3/30/2010 | Purchase | 350 | 37.79 |
| 3/30/2010 | Purchase | 400 | 37.7699 |
| 4/1/2010 | Sale | 1,099 | 38.4 |
| 4/1/2010 | Sale | 1,500 | 38.4 |
| 4/1/2010 | Sale | 11 | 38.39 |
| 5/18/2010 | Purchase | 911 | 38 |
| 5/18/2010 | Purchase | 400 | 37.98 |
| 5/18/2010 | Purchase | 189 | 38 |
| 5/20/2010 | Purchase | 525 | 34.6 |
| 6/2/2010 | Sale | 1,400 | 37.61 |
| 6/3/2010 | Sale | 625 | 37.86 |
| 6/4/2010 | Purchase | 1,000 | 37.48 |
| 6/8/2010 | Purchase | 520 | 35.95 |
| 6/8/2010 | Purchase | 300 | 35.2 |
| 6/8/2010 | Purchase | 190 | 35.25 |
| 6/14/2010 | Sale | 2,010 | 37.18 |
| 6/17/2010 | Purchase | 100 | 36.7 |
| 6/17/2010 | Purchase | 1,150 | 36.78 |

**INDIVIDUAL RETIREMENT ACCOUNT (VANGUARD)**

| Transaction Date | Transaction Type | Number of shares | Share Price |
|---|---|---|---|
| 12/11/2009 | Sale | 1,295 | 37.7 |
| 1/8/2010 | Purchase | 976 | 39.53 |
| 1/11/2010 | Purchase | 976 | 39.87 |
| 1/11/2010 | Sale | 976 | 40 |
| 1/22/2010 | Purchase | 1,605 | 39 |

**INDIVIDUAL RETIREMENT ACCOUNT (TD AMERITRADE)**

| Transaction Date | Transaction Type | Number of shares | Share Price |
|---|---|---|---|
| 4/13/2010 | Sale | 1,080 | 39.89 |
| 4/13/2010 | Sale | 1,500 | 39.9347 |
| 4/21/2010 | Purchase | 1,834 | 39.19 |
| 4/26/2010 | Sale | 1,834 | 39.69 |
| 4/27/2010 | Purchase | 1,111 | 38.8 |
| 4/27/2010 | Purchase | 314 | 38.6799 |
| 4/27/2010 | Purchase | 600 | 38.78 |
| 4/27/2010 | Purchase | 700 | 38.75 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 4/28/2010 | Sale | 1,930 | 40.46 |
| 4/28/2010 | Sale | 795 | 40.4701 |
| 5/14/2010 | Purchase | 800 | 39.0925 |
| 5/14/2010 | Purchase | 890 | 39.1 |
| 5/19/2010 | Purchase | 475 | 36.59 |
| 5/19/2010 | Purchase | 800 | 36.5469 |