AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| Blaze B. Huston | ) |
| _Plaintiff_ | ) ) |
| v. | ) Civil Action No. 3:10cv-540-S |
| Almost Family, Inc., William B. Yarmuth and C. Steven Guenthner | ) ) ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
    C. Steven Guenthner
    2513 Denham Road
    Louisville, KY 40205
    SERVE VIA CERTIFIED MAIL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Kahn Swick & Foti, LLC
    Attn: Kim E. Miller
    500 Fifth Ave., Suite 1810
    New York, NY 10110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Jeffrey A. Anderson

Date: 08/16/2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:10cv-540-S

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Bev Stewart_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Bev Stewart  C. Date of Delivery: 8-17-11 |
| 1. Article Addressed to:<br><br>C. Steven Guenthner<br>2513 Denham Rd.<br>Louisville, KY.<br>40205 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0002 9156 1157 |
| PS Form 3811, February 2004 Domestic Return Receipt | 102595-02-M-1540 |

☐ Other (specify): Summons + Complaint served upon Defendant C. Steven Guenthner via Certified Mail on 8/17/10. See Domestic Return Receipt above.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/18/10

_Server's signature_

Charles W. Miller, Attorney-at-Law, Counsel for Plaintiff
_Printed name and title_

Waterfront Plaza, Suite 2104
325 W. Main Street
Louisville KY 40202
_Server's address_

Additional information regarding attempted service, etc: