AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | | |
|---|---|---|
| Blaze B. Huston | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3:10cv-540-S |
| Almost Family, Inc., William B. Yarmuth and C. Steven Guenthner | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Almost Family, Inc.
9510 Ormsby Station Road, Suite 300
Louisville, KY 40223

SERVE VIA CERTIFIED MAIL: FBT, LLC
400 West Main Street, 32nd Floor
Louisville, KY 40202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kahn Swick & Foti, LLC
Attn: Kim E. Miller
500 Fifth Ave., Suite 1810
New York, NY 10110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/16/2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:10cv-540-S

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

was rec... [certified mail return receipt card]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FBT, LLC
400 West Market St.
32nd Floor
Louisville, KY.
40202

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]  ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 18 2010

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

, who is _____; or

2. Article Number (Transfer from service label):  7007 3020 0002 9156 1171

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Almost Family, Inc. Served via Certified Mail w/ Summons & Complaint on 8/18/10. (See above Domestic Return Receipt).

I declare under penalty of perjury that this information is true.

Date: 8/19/10

[signature] Chas. N. Miller
Server's signature

Charles N. Miller, Attorney-at-Law
Printed name and title

Waterfront Plaza, Suite 2104
325 W. Main Street
Louisville, KY 40202
Server's address

Additional information regarding attempted service, etc: