CHARLES W. MILLER
**LAW OFFICES OF MILLER & FALKNER**
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
Telephone: (502) 583-2300
Facsimile: (502) 583-2323
Email: cmiller@millerfalknerlaw.com

*Local Counsel for Plaintiff Blaze B. Huston*

KIM MILLER
**KAHN SWICK & FOTI, LLC**
500 Fifth Avenue, Ste. 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

LEWIS KAHN
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com

*Counsel for Plaintiff Blaze B. Huston*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | | |
|---|---|---|
| BLAZE B. HUSTON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:10-CV-540-H |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ALMOST FAMILY, INC., WILLIAM B. YARMUTH, and C. STEVEN GUENTHNER, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT SCHEDULING STIPULATION**

WHEREAS, on August 13, 2010, Plaintiff Blaze B. Huston, individually and on behalf of all others similarly situated ("Plaintiff"), filed a purported Class Action Complaint for Violations of Federal Securities Laws captioned *Blaze v. Huston, Individually and on Behalf of All Others Similarly Situated v. Almost Family, Inc., William B. Yarmuth, and C. Steven Guenthner* ("Defendants"), 3:10-CV-540-H (the "Complaint");

WHEREAS, this litigation is subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995), which sets forth a detailed procedure for consolidation of similar actions and for the Court to select a lead plaintiff and approve the lead plaintiff's selection of lead counsel for the putative class. *See* 15 U.S.C. § 78u-4 (a)(3)(B);

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, that:

1. As set forth below, Defendants are not required to respond to Plaintiff's initial complaint;

2. The lead plaintiff shall file and serve its consolidated complaint within sixty (60) days after entry of an order appointing lead plaintiff and lead counsel or inform Defendants' counsel that it will not do so;

3. The time for Defendants to answer, move, or otherwise plead with respect to the Complaint or a consolidated complaint shall be as follows:

    (a) If lead plaintiff informs Defendants' counsel that it will not file a consolidated complaint, Defendant shall answer, move against, or otherwise respond to the Complaint within sixty (60) days of their receipt of such written notice.

    (b) If lead plaintiff files a consolidated complaint, then: (i) Defendants shall answer, move against, or otherwise respond to the consolidated complaint within sixty

(60) days after service; (ii) lead plaintiff shall have sixty (60) days thereafter to oppose any dispositive motion that may be filed by Defendants; and (iii) Defendants shall have thirty (30) days after the filing of lead plaintiff's opposition papers to file their reply.

                                            Respectfully Submitted,

Dated: September 20, 2010          **LAW OFFICES OF MILLER & FALKNER**

                                            /s/     Charles W. Miller
CHARLES W. MILLER
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
Telephone: (502) 583-2300
Facsimile: (502) 583-2323
Email: cmiller@millerfalknerlaw.com

*Local Counsel for Plaintiff Blaze B. Huston*

KIM MILLER
**KAHN SWICK & FOTI, LLC**
500 Fifth Avenue, Ste. 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

LEWIS KAHN
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com

*Counsel for Plaintiff Blaze B. Huston*

Dated: September 20, 2010          **BOEHL STOPHER & GRAVES LLP**

                                        /s/ Edward H. Stopher
EDWARD H. STOPHER, KBA #68370

2300 Aegon Center
400 West Market Street
Louisville, Kentucky 40202
Telephone: (502) 589-5980


BRUCE E. COOLIDGE
DANIEL ROSENTHAL
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington D.C., 20006
Telephone: (202) 663-6376
Facsimile: (202) 663-6363

*Counsel for Defendants Almost Family, Inc.,
William B. Yarmuth, and C. Steven Guenthner*