## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| BLAZE B. HUSTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> vs. <br><br> ALMOST FAMILY, INC., WILLIAM B. YARMUTH, and C. STEVEN GUENTHNER, <br><br> Defendants. | Civil Action No. 3:10-CV-540-H |

## ORDER ENTERING
## JOINT SCHEDULING STIPULATION

Good cause appearing therefore, and pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. Defendants are not required to respond to Plaintiff's initial complaint;

2. The lead plaintiff shall file and serve its consolidated complaint within sixty (60) days after entry of an order appointing lead plaintiff and lead counsel or inform Defendants' counsel that it will not do so;

3. The time for Defendants to answer, move, or otherwise plead with respect to the Complaint or a consolidated complaint shall be as follows:

    (a) If lead plaintiff informs Defendants' counsel that it will not file a consolidated complaint, Defendant shall answer, move against, or otherwise respond to the Complaint within sixty (60) days of their receipt of such written notice.

    (b) If lead plaintiff files a consolidated complaint, then: (i) Defendants shall answer, move against, or otherwise respond to the consolidated complaint within sixty

(60) days after service; (ii) lead plaintiff shall have sixty (60) days thereafter to oppose any dispositive motion that may be filed by Defendants; and (iii) Defendants shall have thirty (30) days after the filing of lead plaintiff's opposition papers to file their reply.

**IT IS SO ORDERED.**