Electronically Filed

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br>         Plaintiff, <br><br> vs. <br><br> ALMOST FAMILY, INC., WILLIAM B. YARMUTH and C. STEVEN GUENTHNER, <br><br>         Defendants. | Civil Action No. 3:10-cv-520-H |

(Caption continued on following page)

**MOTION OF THE CONNECTICUT LABORERS' PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD <u>COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS</u>**

2

| | | |
|---|---|---|
| KANDI STERLING, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : | Civil Action No. 3:10-cv-535-H |
| vs. | : : | |
| ALMOST FAMILY, INC., WILLIAM B. YARMUTH and C. STEVEN GUENTHNER, | : : : | |
| Defendants. | : : : | |
| BLAZE B. HUSTON, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : | Civil Action No. 3:10-cv-540-S |
| vs. | : : | |
| ALMOST FAMILY, INC., WILLIAM B. YARMUTH and C. STEVEN GUENTHNER, | : : : | |
| Defendants. | : : : | |
| PETER BARCIA, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : | Civil Action No. 3:10-cv-577-S |
| vs. | : : | |
| ALMOST FAMILY, INC., WILLIAM B. YARMUTH and C. STEVEN GUENTHNER, | : : : | |
| Defendants. | : : : | |

2

PLEASE TAKE NOTICE that the Connecticut Laborers' Pension Fund ("CT Laborers" or "Movant"), by its undersigned attorneys, will and hereby does move this Court before the Honorable John G. Heyburn, II, at the Gene Snyder United States Courthouse located at 601 West Broadway, Room 239, Louisville, KY 40202-2227, at a time and date to be set by the Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an order:

(1) appointing Movant as Lead Plaintiff in this action;

(2) approving Movant's selection of the law firms of Cohen Milstein Sellers & Toll PLLC as Lead Counsel and Ewing, McMillin & Willis, PLLC as Liaison Counsel; and

(3) consolidating related actions.

In support of this Motion, Movant relies upon this Motion, the accompanying Memorandum of Law, and the Declaration of C. David Ewing.

Dated: October 4, 2010   EWING, MCMILLIN & WILLIS, PLLC

/s/ C. David Ewing

C. David Ewing
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY 40202
Tel.: (502) 585-5800
Fax: (502) 585-5858

*Proposed Liaison Counsel*

-and-

COHEN MILSTEIN SELLERS & TOLL

3

PLLC
Steven J. Toll
Daniel S. Sommers
Joshua M. Kolsky
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600
Fax: (202) 408-4699

Joel P. Laitman
Christopher Lometti
88 Pine Street
14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745

*Attorneys for the Connecticut Laborers'
Pension Fund and Proposed Lead
Counsel for the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2010, I caused this document to be filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record. In addition, I hereby certify that I will send a true and correct copy of the foregoing via U.S. Mail to the following:

Wilmer Cutler Pickering Hale & Dorr LLP
Bruce E. Coolidge
1875 Pennsylvania Avenue NW
Washington, DC 20006

Boehl Stopher & Graves LLP
Edward H. Stopher
2300 Aegon Center
400 West Market Street
Louisville, KY 40202

                                                /s/ C. David Ewing
                                              Ewing, McMillin & Willis, PLLC