**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM** | **PLAINTIFF(S)** |
| VS | **LEAD CIVIL ACTION NO. 3:10CV-520-H** |
| **ALMOST FAMILY, INC., et al.** | **DEFENDANT(S)** |
| **KANDI STERLING, et al.** | **PLAINTIFF(S)** |
| VS | Member Action No. 3:10CV-535-H |
| **ALMOST FAMILY, INC., et al.** | **DEFENDANT(S)** |
| **BLAZE B. HUSTON, et al.** | **PLAINTIFF(S)** |
| VS | Member Action No. 3:10CV-540-H |
| **ALMOST FAMILY, INC., et al.** | **DEFENDANT(S)** |
| **PETER BARCIA, et al.** | **PLAINTIFF(S)** |
| VS | Member Action No. 3:10CV-577-H |
| **ALMOST FAMILY, INC., et al.** | **DEFENDANT(S)** |

**ORDER OF ADMINISTRATIVE DISMISSAL & CONSOLIDATION OF FILES**

**IT IS ORDERED** that the above-referenced cases are consolidated by prior order. The lead case will be civil action 3:10CV-520-H

**IT IS FURTHER ORDERED** that the civil actions: 3:10CV-535-H, 3:10CV-540-H, and 3:10CV-577-H are administratively **DISMISSED.** All pleadings, memoranda and discovery filed in the dismissed cases shall be incorporated by reference now as part of the lead case 3:10CV-520-H, and the dismissed case files shall be made a part of the lead case file.

**IT IS HEREBY ORDERED** that the following parties shall be plaintiffs in Civil Action No. 3:10CV-520-H: **Kandi Sterling, as party plaintiffs (in docket text: member plaintiffs from -3:10CV-535-H; Blaze B. Huston as party plaintiff (in docket text: member plaintiff from- 3:10CV-540-H);  and Peter Barcia as party plaintiff (in docket text: member plaintiff from 3:10CV-577-H).**   As party defendant- **Almost Family, William B. Yarmuth and C. Steven Guenthner (in docket text: member defendants from 3:10CV-535-H, 3:10CV-540-H and 3:10Cv-577-H).**

      **IT IS FURTHER ORDERED** that counsel are directed to file all further pleadings in the lead civil action-*3:10CV-520-H* as directed in the separate consolidation and appointment of counsel order.

Date: December 21, 2010

Copies to:

All Counsel of Record